**Dismiss and Opinion Filed June 14, 2021**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00398-CR
No. 05-21-00399-CR
No. 05-21-00400-CR
No. 05-21-00401-CR
No. 05-21-00402-CR

**DEMARCUS MONTRANZE WRIGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F95-02649-RP, F95-02650-RP, F95-02651-RP, F95-02652-RP & F95-02653-RP**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Carlyle

Demarcus Montranze Wright filed pro se notices of appeal on May 21, 2021, stating he wished to challenge "an improper sentence" in these appeals. We dismiss these appeals for lack of jurisdiction.

On October 27, 1995, appellant entered guilty pleas to engaging in organized crime, two aggravated robberies with a deadly weapon, and two murders, all pursuant to a plea bargain agreement with the State. The trial court found Wright

guilty and sentenced him to life in prison for each offense. Wright initially sought to appeal his convictions with this Court, but we dismissed the appeals on April 5, 1996, because he had waived his right to appeal in the plea bargain agreement. The mandates issued on July 8, 1996.

A convicted person must timely file a notice of appeal to invoke this court's jurisdiction. *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012). In the absence of a timely filed notice of appeal, we have no option other than to dismiss the appeal. *Id*. Wright's May 21, 2021 notices of appeal were untimely, we lack jurisdiction over these appeals, and we must dismiss these appeals for want of jurisdiction.[1]

210398f.u05
210399f.u05
210400f.u05
210401f.u05
210402f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE

---

[1] We note that Wright may file collateral attacks on his final felony convictions by way of an article 11.07 writ. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3. Texas criminal procedure generally provides that 11.07 writs be filed on a prescribed form available at https://www.txcourts.gov/cca/practice-before-the-court/forms/ or in Appendix E to the Texas Code of Criminal Procedure. And though the writ is filed in the trial court that sentenced him, only the Texas Court of Criminal Appeals has the authority to grant relief in a post-conviction habeas corpus proceeding where there is a final felony conviction. *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); *Ex parte Hoang*, 872 S.W.2d 694, 697 (Tex. Crim. App. 1993); *Ex parte Alexander*, 685 S.W.2d 57, 60 (Tex. Crim. App. 1985).



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

DEMARCUS MONTRANZE
WRIGHT, Appellant

No. 05-21-00398-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F95-02649-
RP.
Opinion delivered by Justice Carlyle.
Justices Schenck and Reichek
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 14th day of June, 2021.



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

DEMARCUS MONTRANZE
WRIGHT, Appellant

No. 05-21-00399-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F95-02650-RP.
Opinion delivered by Justice Carlyle.
Justices Schenck and Reichek
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 14th day of June, 2021.



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

DEMARCUS MONTRANZE
WRIGHT, Appellant

No. 05-21-00400-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F95-02651-RP.
Opinion delivered by Justice Carlyle.
Justices Schenck and Reichek
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 14th day of June, 2021.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DEMARCUS MONTRANZE
WRIGHT, Appellant

No. 05-21-00401-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F95-02652-
RP.
Opinion delivered by Justice Carlyle.
Justices Schenck and Reichek
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 14th day of June, 2021.



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

DEMARCUS MONTRANZE
WRIGHT, Appellant

No. 05-21-00402-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F95-02653-
RP.
Opinion delivered by Justice Carlyle.
Justices Schenck and Reichek
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want
of jurisdiction.

Judgment entered this 14th day of June, 2021.